# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> APRIL DRAKE GREER, <br><br> Defendant. | CR 18-99-BLG-SPW <br><br> ORDER |

Defendant has filed an Unopposed Motion for Leave to Set Time and Place for Entry of Plea and Notice Defendant Intends to Plead Guilty (Doc. 4). Therefore,

This order refers Defendant's case, pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 59(a), Fed. R. Crim. P., to United States Magistrate Judge Timothy J. Cavan for purposes of setting the arraignment and accepting Defendant's Guilty Plea on the same date.

The Clerk of Court is directed to notify counsel and Magistrate Judge Timothy J. Cavan of the entry of this Order.

DATED this 31st day of July, 2018.

SUSAN P. WATTERS
United States District Judge